AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
DEANDRE SANCHEZ
DOB: XXXXXX

*Defendant(s)*

Case: 1:26-mj-00210
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 11/12/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 9, 2026 in the county of ______ in the ______ in the District of Columbia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S. Code § 1752(a)(1) and (b)(2) (Entering Restricted Grounds), D.C. Code § 22–405.01 (Resisting Arrest by Law Enforcement). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

[signature]

*Complainant's signature*

Michael Roberts, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/12/2026

[signature]

*Judge's signature*

City and state: Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge

*Printed name and title*