Case: 1:26-mj-00210
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 11/12/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On November 9, 2026, at approximately 10:01 a.m., an individual later identified as the defendant, DEANDRE SANCHEZ (hereinafter "the Defendant") was seen straddling, and ultimately scaling the top of a security barrier, which is approximately eight feet tall, that was erected to close off an area of the Lafayette Square Historic District located in Northwest Washington, D.C. to the immediate north of the White House. A photograph of the security barrier is below:



Screenshots from the CCTV footage of the Defendant dropping down from the fence and into the restricted area is pictured below:



The security barrier spans from the intersection of Madison Place NW and H Street NW through Lafayette Park just north of the Andrew Jackson Statue, over to the intersection of Jackson Place and H Street restricting more than half of the south side of Lafayette Park adjacent to the White House. The area inside of the security barrier is restricted and not open to the public. This area is considered an extension of the White House grounds that is actively monitored by United States Secret Service Police ("USPP").

The Defendant was then observed jumping off the fence into the restricted area and running southbound through the park towards the White House for about twenty yards.



USSP immediately confronted the Defendant at the southwest corner of Lafayette Park near the Rochambeau Statue. USSP held the Defendant at gunpoint with their issued service weapons. USSP gave verbal police commands, the Defendant hesitated and did not immediately comply with the commands. After multiple commands the Defendant eventually got on his knees.



While still on his knees, USSP drew their issued Conducted Energy Weapon ("CEW") and gave verbal commands to the Defendant to lift his jacket to allow officers to visually inspect his waistband area for the presence of any weapons. The Defendant lifted his shirt, in the process of standing up, and exposed his waistband, revealing no weapons.

Once standing, the Defendant put his hands in the air but ignored repeated commands to get on his stomach. The Defendant then slowly backed up, turned away from officers, and began to run northbound. Once Defendant started running, USSP discharged their CEW probes at the Defendant, however Neuromuscular Incapacitation ("NMI") was not achieved. USSP sent another set of probes towards the Defendant achieving NMI, ending the Defendant's flight from officers. The following screenshots taken from CCTV footage show these moments:


POLICE







After being tackled, when trying to handcuff and detain the Defendant, the Defendant continued to resist by placing his right arm between his waistband and the ground, preventing officers from gaining control of his arms. USSP eventually was able to gain control of the Defendant's right arm and place the Defendant in handcuffs.

In addition, United States Secret Service Special Agents responded to the location to conduct an interview of the Defendant. United States Secret Service Special Agents informed the Defendant of his *Miranda* rights and the Defendant waived his *Miranda* rights. During the interview, the Defendant explained that he arrived at the White House from Delaware and wanted to speak to the President. The Defendant did not specify what he wanted to speak to POTUS about; but, the Defendant stated he does not agree with the President and the President is not someone he would look up to. The Defendant also explained that he jumped the fence into the restricted area because he was trying to be brave and it would have been a good opportunity to get closer to the White House.

As such, your affiant submits that probable cause exists to charge the Defendant, DEANDRE SANCHEZ, with violations of 18 U.S. Code § 1752(a)(1) and (b)(2) **(Entering Restricted Grounds)** and 22 D.C. Code § 405.01 **(Resisting Arrest)**.

Special Agent Michael Roberts
United States Secret Service

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 12, 2026.

Honorable Matthew J. Sharbaugh
United States Magistrate Judge